UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Samuel Turner
             Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

20-mj-12803

Defendant Samuel Turner hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☒     Initial Appearance Before a Judicial Officer

☐     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐     Guilty Plea/Change of Plea Hearing

☐     Bail/Detention Hearing

☐     Conference Before a Judicial Officer - Assignment of Counsel

_____     _____
Defendant's Signature *By Deveraux Cannick*     Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

SAMUEL TURNER                    DEVERAUX CANNICK
Print Defendant's Name                Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/17/20                          _____
Date                                  U.S. District Judge/U.S. Magistrate Judge