```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA             :
                                     :       INFORMATION
       - v. -                        :
                                     :       21 Cr. ____
 SAMUEL TURNER,                      :
                                     :
                       Defendant.    :
------------------------------------ X
```

**COUNT ONE**

The United States Attorney charges:

1. On or about November 16, 2020, in the Southern District of New York, SAMUEL TURNER, the defendant, knowing that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess a firearm, to wit: a Taurus model PT 1911 AR .45 caliber pistol, and the firearm was in and affecting interstate commerce.

(Title 18, United States Code, Sections 922(g) and 2.)

_____
AUDREY STRAUSS
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**v.**

**SAMUEL TURNER**

**Defendant.**

<u>**INFORMATION**</u>

21 Cr.

(21 U.S.C. § 922)

AUDREY STRAUSS
United States Attorney