UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

SAMUEL TURNER,

Defendant(s).
-------------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE

21CR291

Defendant SAMUEL TURNER hereby voluntarily consents to participate in the following proceeding via videoconferencing or teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

__X__ Guilty Plea/Change of Plea Hearing


x _[signature]_
Defendant's Signature

SAMUEL TURNER
Print Defendant's Name

_[signature]_
Defendant's Counsel's Signature

DEVERAUX CANNICK
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5/18/21
Date

_[signature]_ Andrew Krause
~~U.S. District Judge~~/U.S. Magistrate Judge