# AIELLO CANNICK   MEMO ENDORSED
Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

September 29, 2021

**VIA ECF**
The Honorable Judge Kenneth M. Karas
United States District Court, SDNY
300 Quarropas Street
White Plains, NY 10601-4150

Re:   **United States v. Samuel Turner**
      **Docket #: 7:15-CR-00509-8 (CS)** 21 CR 921

Dear Hon. Judge Karas:

Samuel Turner is scheduled to be sentenced by Your Honor on October 7th, 2021. We respectfully request that Mr. Turner's sentence hearing be adjourned to either November 10th, 11th or 12th, or any date most convenient to the Court.

Please know that the Assigned Assistant United States Attorney, Steven Kochevar, consents to our request.

Thank you in advance for your consideration.

Very truly yours,

Deveraux L. Cannick

DLC/ad

CC.: AUSA Steven Kochevar, via email

Granted. The sentence will go forward on November 17, 2021 at 2:30 PM

SO ORDERED

KENNETH M. KARAS U.S.D.J.
9/30/2021